UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
    JOSE QUEZADA,

                      Plaintiff,

            -v-

    FULLY LLC,

                      Defendant.
---------------------------------------------------------------------X

21-CV-2563 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's Order of March 26, 2021, ECF No. 5, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on May 7, 2021, and on that same date, the Court reminded the parties of their obligation to file a joint letter within two weeks, that is, by May 21, 2021. *See* ECF Nos. 6, 8. To date, the parties have not satisfied their obligation. They shall file the required letter by **June 1, 2021**, or sanctions may be imposed.

        SO ORDERED.

Dated: May 26, 2021
       New York, New York

                                                _____
                                                   JESSE M. FURMAN
                                               United States District Judge