UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOSE QUEZADA, :
:
Plaintiff, :
: 21-CV-2563 (JMF)
-v- :
: ORDER
FULLY LLC, :
:
Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order of March 26, 2021, ECF No. 5, the parties filed a joint status letter on May 27, 2021, in which they indicate that they do not wish to be referred to a Magistrate Judge or the Court-annexed Mediation Program at this time and do not believe there is a need for a conference in the near future, *see* ECF No. 10. The parties **shall promptly** inform the Court if they come to believe that a referral to a Magistrate Judge or the Court-annexed Mediation Program would be beneficial. In any event, **no later than three business days after Defendant files an answer or otherwise responds to the Complaint**, the parties shall file another joint letter providing the information described in the Court's March 26, 2021 Order.

     SO ORDERED.

Dated: May 27, 2021
       New York, New York
                                                 JESSE M. FURMAN
                                            United States District Judge